# IN THE SUPREME COURT OF THE STATE OF NEVADA

BANK OF AMERICA, N.A.,
                    Appellant,
          vs.
PATRICIA RYAN,
                    Respondent.

No. 72033

**FILED**

MAR 05 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order granting motion for summary judgment. Eighth Judicial District Court, Clark County; Joseph T. Bonaventure, Judge; Eighth Judicial District Court, Clark County; Carolyn Ellsworth, Judge.

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees.[1] NRAP 42(b).

It is so ORDERED.[2]

_____ , J.
Cherry

_____ , J.
Parraguirre

_____ , J.
Stiglich

---

[1]Any additional relief regarding the lis pendens and foreclosure sale is appropriately sought in the district court.

[2]The motions to vacate the conditional sanctions imposed in our January 26, 2018, order are granted. The conditional sanctions imposed against attorneys S. Wolfe Thompson and Christine A. Roberts are hereby vacated.

18-08494

cc:  Chief Judge, The Eighth Judicial District Court
     Hon. Joseph T. Bonaventure, Senior Judge
     Akerman LLP/Las Vegas
     The Furnier Miuzzo Group, LLC
     Wolfe Thompson
     Eighth District Court Clerk
     Supreme Court Law Librarian